AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frost, Gregory L. | U.S. Dist. Ct., S.Dist.of Ohio | 05/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date <br> ☐ Initial ☐ Annual ☑ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 05/02/2016 |

**7. Chambers or Office Address**

169 U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director / Shareholder | W.K. Frost, Inc. (Family - owned corporation) |
| 2. | Director - Chair | Maryhaven, Inc. (Non-profit drug and alcohal rehabilitation facility) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015-2016 | W. K. Frost, Inc. (director's fee) | $2,000.00 |
| 2. 2015-2016 | Ohio Public Employees Retirement System (pension) | $84,642.31 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015-2016 | Ohio Public Employees Retirement System - pension |
| 2. 2015-2016 | Ohio Deferred Compensation - distribution |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Meridian Condo Project mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Park National Bank Checking Account | | None | J | T | | | | | |
| 2. Park National Bank Checking Account | | None | J | T | | | | | |
| 3. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 4. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 5. Shrimplin #1 - Royalty Interest, Knox County, Ohio | B | Royalty | J | W | | | | | |
| 6. Deferred Comp. - Fidelity Growth Company | | None | K | T | | | | | |
| 7. Deferred Comp. - Fidelity Contrafund | | None | J | T | | | | | |
| 8. Deferred Comp. - Janus Fund | | None | J | T | | | | | |
| 9. Deferred Comp. - Vanguard International Growth | | None | K | T | | | | | |
| 10. Deferred Comp. - Vanguard Institutional Index | | None | K | T | | | | | |
| 11. Deferred Comp. - Guaranteed Return Option | | None | K | T | | | | | |
| 12. Deferred Comp. - FPA Capital Fund | | None | K | T | | | | | |
| 13. Investment/Rental Property - Cocoa Beach, FL | D | Rent | O | W | | | | | |
| 14. Deferred Comp. - Fideity Contrafund | | None | K | T | | | | | |
| 15. Deferred Comp. - Fidelity Growth | | None | K | T | | | | | |
| 16. Deferred Comp. - Janus Fund | | None | J | T | | | | | |
| 17. Deferred Comp. - Vanguard International | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Deferred Comp. - Vangard Institutional | | None | K | T | | | | | |
| 19. Deferred Comp. - FPA Capital Fund | | None | K | T | | | | | |
| 20. Deferred Comp. - Guaranteed Return | | None | J | T | | | | | |
| 21. Park National Bank Savings Account | A | Interest | J | T | | | | | |
| 22. Park National Bank Saving Account | A | Interest | L | T | | | | | |
| 23. Deferred Comp. - Vanguard Capital Opportunity | | None | J | T | | | | | |
| 24. Deferred Comp. - Vanguard Total Bond Market Index | | None | J | T | | | | | |
| 25. Wells Fargo Brokerage Account | A | Interest | J | T | | | | | |
| 26. Wells Fargo Brokerage Account Aflac Inc. | A | Dividend | J | T | Buy (add'l) | 03/15/15 | J | | |
| 27. Wells Fargo Brokerage Account Ship Finance Intl. LT | B | Dividend | K | T | Buy (add'l) | 03/27/15 | J | | |
| 28. Wells Fargo Brokerage Account Archer-Daniels Midland | B | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 29. Wells Fargo Brokerage Account Realty Income Corp | B | Dividend | J | T | Buy (add'l) | 06/08/15 | L | | See Comment |
| 30. Wells Fargo Brokeraage Account Seadrill LTD | B | Dividend | | | Sold | 12/03/15 | J | A | |
| 31. Wells Fargo Brokerage Account AT&T Inc | B | Dividend | L | T | Buy (add'l) | 06/08/15 | L | | |
| 32. Wells Fargo Brokerage Account Berkshire Hathaway Inc | | None | K | T | | | | | |
| 33. Wells Fargo Brokerage Account Pepsico | C | Dividend | K | T | Buy (add'l) | 06/30/15 | J | | |
| 34. Wells Fargo Brokerage Account Berkshire Hathaway | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wells Fargo Brokerage Account Intel | B | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |
| 36. Wells Fargo Brokerage Account Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 03/12/15 | J | | |
| 37. Wells Fargo Brokerage Account Exelon Corp. | A | Dividend | J | T | | | | | |
| 38. PNC Invest. Acct. Blackrock MMF | A | Interest | K | T | | | | | |
| 39. PNC Invest. Acct. AT&T | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 40. PNC Invest. Acct. American Express Co. | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 41. PNC Invest. Acct. Amerisource Bergen Corp. | A | Dividend | J | T | | | | | |
| 42. PNC Invest. Acct Apple | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 43. PNC Invest. Acct. Baxter International Inc | A | Dividend | K | T | | | | | |
| 44. PNC Invest. Acct. Bristol Myers Squibb Co. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 45. PNC Invest. Acct. CSX Corp | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 46. PNC Invest. Acct. Chubb Corp | A | Dividend | J | T | Buy (add'l) | 07/27/15 | K | | See Comment |
| 47. PNC Invest. Acct. Connecticut St. SER D GO | A | Interest | K | T | Buy (add'l) | 07/27/15 | K | | See Comment |
| 48. PNC Invest. Acct. Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 49. PNC Invest. Acct. Consolidated Edision Inc. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 50. PNC Invest. Acct. Disney Walt Co. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 51. PNC Investment Mgmt. Acct. Dupont E I De Nemours & Co. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Invest. Acct. Eaton Corp | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 53. PNC Invest. Acct. Exxon Mobil Corp. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 54. PNC Invest. Acct. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 55. PNC Invest. Acct. Harbor Int'l Fund Class | B | Dividend | K | T | Buy (add'l) | 06/19/15 | K | | See Comment |
| 56. PNC Invest. Acct. Intel | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 57. PNC Invest. Acct. IBM | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 58. PNC Invest. Acct. IShares TR MSCI Emerging | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 59. PNC Invest. Acct. I Shares MSCI EAFE Index | B | Dividend | K | T | Buy (add'l) | 06/19/15 | K | | See Comment |
| 60. PNC Invest. Acct. I Shares Russell Midcap | B | Dividend | L | T | Buy (add'l) | 06/19/15 | L | | See Comment |
| 61. PNC Invest. Acct. Ishares TR Russell 2000 Idx | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 62. PNC Invest.Acct. JPMorgan Chase | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 63. PNC Invest.Acct. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 64. PNC Invest. Acct. Johnson Controls | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 65. PNC Invest.Acct. Litman Gregory Masters Int'l | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 66. PNC Invest. Acct. McDonald's Corp | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 67. PNC Invest.Acct. Microsoft Corp | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 68. PNC Invest. Acct. Nextera Energy Inc. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Invest. Acct. OSU Ref Ser A | A | Interest | K | T | | | | | |
| 70. PNC Invest. Acct. Oracle | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 71. PNC Invest. Acct. Pepsico Inc. | A | Dividend | K | T | Buy (add'l) | 06/19/15 | K | | See Comment |
| 72. PNC Invest. Acct. Phoenix AZ Civic Impt | A | Interest | K | T | | | | | |
| 73. PNC Invest. Acct. Price T Rowe Grp | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 74. PNC Invest. Acct. Proctor & Gamble | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 75. PNC Invest. Acct. Qualcomm | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 76. PNC Invest. Acct. JM Smucker | A | Dividend | J | T | | | | | |
| 77. PNC Invest. Acct. UPS | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 78. PNC Invest. Acct. United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 07/27/15 | J | | See Comment |
| 79. PNC Invest. Acct. Univ of CO Enterprise Rev. | A | Interest | K | T | | | | | |
| 80. PNC Invest. Acct. Wells Fargo | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 81. PNC Invest. Acct. Allergan | | None | J | T | Buy | 06/19/15 | J | | See Commnet |
| 82. Wells Fargo Brokerage Account Eaton | A | Dividend | J | T | Buy (add'l) | 03/20/15 | J | | |
| 83. Wells Fargo Brok. Acct. Deere & Co. | A | Dividend | K | T | Buy (add'l) | 02/02/15 | J | | |
| 84. Wells Fargo Brok. Acct. Emerson Electric | A | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 85. Wells Fargo Brok. Acct. IBM | B | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Brok. Acct. S&P US Preferred Stock | A | Dividend | J | T | | | | | |
| 87. Wells Fargo Brok. Acct. Potash Corp. of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 02/05/15 | J | | |
| 88. Wells Fargo Brok. Acct. Senior Housing Prop. TR REIT | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 89. Wells Fargo Brok. Acct. Total S.A. Spons. ADR | B | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 90. Wells Fargo Brok. Acct. Vale S A ADR | A | Dividend | K | T | Buy (add'l) | 05/07/15 | J | | |
| 91. Wells Fargo Brok. Acct. Vectren Corp. | A | Dividend | K | T | Buy (add'l) | 03/02/15 | J | | |
| 92. Wells Fargo Brok. Acct. Vanguard GNMA FD CL1 | B | Dividend | L | T | Buy (add'l) | 04/06/15 | J | | |
| 93. Wells Fargo Checking Acct. | A | Interest | J | T | | | | | |
| 94. Wells Fargo Savings Acct. | A | Interest | L | T | | | | | |
| 95. Wells Fargo IRA Acct. Blackrock Build America Fund | | None | J | T | | | | | |
| 96. PNC Bank Sweep Deposit | D | Interest | J | T | | | | | |
| 97. PNC Invest. Acct. Templeton Global Bond Fund AD | A | Dividend | K | T | Buy (add'l) | 06/19/15 | K | | See Comment |
| 98. PNC Invest. Acct. T Rowe Price High Yield Fund #57 | A | Dividend | K | T | | | | | |
| 99. PNC Invest. Acct. IShares Dow Jones US REIT ETF | A | Dividend | J | T | | | | | |
| 100. Wells Fargo Brok. Acct. Kinder Morgan Inc. | A | Dividend | K | T | Buy (add'l) | 02/17/15 | J | | |
| 101. Wells Fargo Brok. Acct. Southern Copper Corp. | A | Dividend | J | T | Buy (add'l) | 03/03/15 | J | | |
| 102. Wells Fargo Brok. Acct. Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Brok. Acct. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 05/14/15 | J | | |
| 104. Wells Fargo Brok. Acct. Excelon Corp. | A | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |
| 105. Wells Fargo Brok. Acct. Diebold | A | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 106. PNC Invest. Acct. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 107. PNC Invest. Acct. Nike | A | Dividend | K | T | Buy (add'l) | 07/27/15 | K | | See Comment |
| 108. PNC Invest. Acct. Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 109. PNC Invest. Acct. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 110. PNC Invest. Acct. Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 111. PNC Invest. Acct. Phillips 66 | A | Dividend | J | T | | | | | |
| 112. Wells Fargo Brok. Acct. Abbvie, Inc. | A | Dividend | K | T | Buy | 06/08/15 | K | | See Comment |
| 113. Wells Fargo Brok. Acct. Abbott Labs | A | Dividend | K | T | Buy | 06/08/15 | K | | See Comment |
| 114. Wells Fargo Brok. Acct. Chevron | B | Dividend | M | T | Buy | 06/08/15 | M | | See Comment |
| 115. PNC Invest. Acct. Abbott Labs | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 116. PNC Invest. Acct. PIMCO High Yield Corp. Bond Fund ETF | A | Dividend | J | T | | | | | |
| 117. PNC Invest. Acct. Visa Inc. | A | Dividend | J | T | Buy (add'l) | 06/19/15 | J | | See Comment |
| 118. PNC Invest. Acct. Anchorage AK Elec Utiltiy Rev. SR Lien-SE | A | Interest | K | T | | | | | |
| 119. PNC Invest. Acct. Grant Cnty WA Public Utilities Dist #2A Rev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Brok. Acct. BP PLC Spons ADR | B | Dividend | K | T | Buy (add'l) | 06/22/15 | J | | |
| 121. Wells Fargo Brok. Acct. Caterpillar Inc. | B | Dividend | K | T | Buy (add'l) | 02/20/15 | J | | |
| 122. Wells Fargo Brok. Acct. Walt Disney Co. | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 123. Wells Fargo Brok. Acct. International Paper Co | A | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 124. Wells Fargo Brok. Acct. Johnson & Johnson | C | Dividend | L | T | Buy (add'l) | 03/10/15 | J | | |
| 125. Wells Fargo Brok. Acct. Mondelez Intl Inc. | A | Dividend | K | T | Buy (add'l) | 01/15/15 | J | | |
| 126. Wells Fargo Brok. Acct. JPM Chase | A | Dividend | K | T | Sold (part) | 12/03/15 | K | E | |
| 127. Wells Fargo Brok. Acct.Phillip Morris INTL Inc. | B | Dividend | K | T | Buy (add'l) | 01/09/15 | J | | |
| 128. Wells Fargo Brok. Acct. Superior Industries INTL. Inc. | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 129. Wells Fargo Brok. Acct. Verizon Communications Com. | C | Dividend | M | T | Buy (add'l) | 06/08/15 | M | | See Comment |
| 130. Wells Fargo Brok. Acct. Exxon | B | Dividend | M | T | Buy | 06/08/15 | M | | See Comment |
| 131. Wells Fargo Brok. Acct. First Merit | A | Dividend | K | T | Buy | 06/08/15 | K | | See Comment |
| 132. Wells Fargo Brok. Acct. Oneok, Inc. | B | Dividend | L | T | Buy | 06/08/15 | L | | See Comment |
| 133. PNC Invest. Acct. Abbvie | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 134. PNC Invest. Acct. AEP | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 135. PNC Invest. Acct. Arlington TX Ref Permanent Impt. Ser A Go | A | Interest | J | T | Buy | 07/27/15 | J | | See Comment |
| 136. PNC Invest. Acct. Baxalta Inc. w/i | A | Dividend | J | T | Buy | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PNC Invest. Acct. Cummins Inc | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 138. PNC Invest. Acct. Caterpillar Inc. | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 139. PNC Invest. Acct. Chemours | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 140. PNC Invest. Acct. Cisco System | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 141. PNC Invest. Acct. Citigroup Inc. | A | Interest | K | T | Buy | 06/19/15 | K | | See Comment |
| 142. PNC Invest. Acct. Deere | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 143. PNC Invest. Acct. Dodge & Cox | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 144. PNC Invest. Acct. Dominion Resources Inc VA | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 145. PNC Invest. Acct. Express Scripts HLDG Co | | None | J | T | Buy | 06/19/15 | J | | See Comment |
| 146. PNC Invest. Acct. Cleveland Ohio WTR REV SER T REV | A | Interest | K | T | Buy | 06/19/15 | K | | See Comment |
| 147. PNC Invest. Acct. Coca Cola | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 148. PNC Invest. Acct. Columbus Ohio REF SER B GO | A | Interest | K | T | Buy | 06/19/15 | K | | See Comment |
| 149. PNC Invest. Acct. Fedex | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 150. PNC Invest. Acct. Fidelity Advisor Floating High Income | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 151. PNC Invest. Acct. Franklin Resources | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 152. PNC Invest. Acct. Goldman Sachs Group Inc. | | None | K | T | Buy | 06/19/15 | K | | See Comment |
| 153. PNC Invest. Acct. Google Inc. | | None | J | T | Buy | 06/19/15 | J | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PNC Invest. Acct. Hennepin Cnty MN | A | Interest | K | T | Buy | 07/27/15 | K | | See Comment |
| 155. PNC Invest. Acct. The Hershey Co. | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 156. PNC Invest. Acct. Home Depot Inc. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 157. PNC Invest. Acct. Honeywell Intl Inc | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 158. PNC Invest. Acct. Ishares Nasdaq Biotech ETF | A | Dividend | J | T | Buy | 06/19/15 | K | | See Comment |
| 159. PNC Invest. Acct. Ishares Russell 1000 | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 160. PNC Invest. Acct. Ishares National AMT Free Muni Bond ETC | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 161. PNC Invest. Acct. King Cnty WA Sch Dist #414 Lake Go Sch | A | Interest | J | T | Buy | 07/27/15 | J | | See Comment |
| 162. PNC Invest. Acct. Kraft Heinz Co | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 163. PNC Invest. Acct. Lenexa KS | A | Interest | J | T | Buy | 07/27/15 | J | | See Comment |
| 164. PNC Invest. Acct. Marathon Oil Corp. | | None | K | T | Buy | 06/19/15 | K | | See Comment |
| 165. PNC Invest. Acct. Maryland St. | A | Interest | K | T | Buy | 07/27/15 | K | | See Comment |
| 166. PNC Invest. Acct. Merck | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 167. PNC Invest. Acct. Merrill Lynch & Co | | None | K | T | Buy | 06/19/15 | K | | See Comment |
| 168. PNC Invest. Acct. Mondelez Intl. | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 169. PNC Invest. Acct. National Oil Well Varco Inc. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 170. PNC Invest. Acct. Novartis AG | | None | J | T | Buy | 06/19/15 | J | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PNC Invest. Acct. PPG Industries Inc. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 172. PNC Invest. Acct. Philip Morris Intl. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 173. PNC Invest. Acct. Prudential High Yield Fund Class Z FD | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 174. PNC Invest. Acct. T Rowe Prie New Horizons FD inc | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 175. PNC Invest. Acct. T Rowe Price Real Estate Fund FD #122 | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 176. PNC Invest. Acct. Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 177. PNC Invest. Acct. SPDR Barclays High Yield BD ETF | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 178. PNC Invest. Acct. SPDR Nuveen Barclays Short Term Muni Bond | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 179. PNC Invest. Acct. State Str Corp | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 180. PNC Invest. Acct. Teva Pharm. Inds LTD | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 181. PNC Invest. Acct. 3M Co. | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 182. PNC Invest. Acct. The Travelors Cos Inc. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 183. PNC Invest. Acct. US Bancorp DEL | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 184. PNC Invest. Acct. Union Cnty Votech Sch Ser C | A | Interest | K | T | Buy | 07/27/15 | K | | See Comment |
| 185. PNC Invest. Acct. Vanguard Ohio Tax Free FD INSD Long Term Portfolio | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 186. PNC Invest. Acct. Vanguard Funds GNMA Fund #526 | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 187. PNC Invest. Acct. Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PNC Invest. Acct. Vanguard Funds Inter-Term Tax Ex. FD #542 Admiral Sh | | None | L | T | Buy | 06/19/15 | L | | See Comment |
| 189. PNC Invest. Acct. Verizon | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 190. PNC Invest. Acct. Viacom Inc Class B. WI | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 191. PNC Invest. Acct. WEC Energy Group Inc | A | Dividend | J | T | Buy | 07/27/15 | J | | See Comment |
| 192. PNC Invest. Acct. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 193. PNC Invest. Acct. Waste Mgmt. | A | Dividend | J | T | Buy | 06/19/15 | J | | See Comment |
| 194. PNC Invest. Acct. Wisdomtree Large Cap Div FD ETF | A | Dividend | K | T | Buy | 06/19/15 | K | | See Comment |
| 195. PNC Invest. Acct. Dreyfus/Standish Global Fixed Income Fund | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 196. PNC Invest. Acct. Ishares Floating Rate Bond ETF | A | Dividend | K | T | Buy | 11/19/15 | K | | |
| 197. PNC Invest. Acct. Connecticut St SPL Tax Oblig R SER A REV | A | Interest | K | T | Buy | 10/15/15 | K | | |
| 198. Schwab Acct. Fidelity Ohio Muni Income Fund | A | Dividend | M | T | Buy | 02/19/16 | M | | See Comment |
| 199. Schwab Acct. T. Rowe Price Tax Free | A | Dividend | K | T | Buy | 02/19/16 | K | | See Comment |
| 200. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 29, 39, 42, 45-68, 70, 71, 73-75, 77, 78, 80, 81, 97, 107, 109, 110, 112-115, 117, 129-135, 137-194, 198, 199 - These stocks were inherited from family trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Frost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544